# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano,
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

160291-2(77)

VERNON BOWMAN, Individually and as
Personal Representative of the ESTATE OF
KELLY M. BOWMAN,
      Plaintiff-Appellant,

v

ST. JOHN HOSPITAL AND MEDICAL
CENTER, and ASCENSION MEDICAL GROUP
MICHIGAN, doing business as ROMEO PLAN
DIAGNOSTIC CENTER, and TUSHAR S.
PARIKH, M.D.,
      Defendants-Appellees.
_____/

SC: 160291, 160292
COA: 341640, 341663
Macomb CC: 2017-002159-NH

On order of the Chief Justice, the motion of the Michigan Association for Justice to file a brief amicus curiae is GRANTED.  The amicus brief submitted on March 24, 2021, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2021



Clerk